157 A.3d 851

JULIO C. ORTIZ, PLAINTIFF–PETITIONER, v. PENSKE TRUCK LEASING, PAUL TOMS AND RICHARD SCHUBERT, DEFENDANTS–RESPONDENTS.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003742–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.